# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**FILED**

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

*E-filing*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Title 18 U.S.C. Section 1028(a)(4) - Possession of False Identification With Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

1 year imprisonment, 5 years probation, $100,000 fine, $25 special assessment, 1 year of supervised release

─── DEFENDANT - U.S. ───

▶ RUBEN ZABALETA, a/k/a Pedro Juan Figueroa Quinones Jr.

**DISTRICT COURT NUMBER**

# CR07-00394 *WDB*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  H. H. (Shashi) Kewalramani

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

E-filing

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
                                                                    FILED
3
                                                                  JUN 2 1 2007
4
                                                           RICHARD W. WIEKING
                                                      CLERK, U.S. DISTRICT COURT
5                                                    NORTHERN DISTRICT OF CALIFORNIA
                                                              OAKLAND
6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )    No.   CR07-00394
                                        )
12          Plaintiff,                  )
                                        )
13   v.                                 )    VIOLATION: 18 U.S.C. § 1028(a)(4)-
                                        )    Possession of False Identification With
14   RUBEN ZABALETA, a/k/a              )    Intent To Defraud the United States (Class A
     Pedro Juan Figueroa Quinones Jr., )     Misdemeanor)
15                                      )
                                        )
16          Defendant.                  )    OAKLAND VENUE
                                        )
17   _____)

18                          I N F O R M A T I O N

19   The United States Attorney charges:

20      On or about March 24, 2006, in the Northern District of California, the defendant,

21
                                 RUBEN ZABALETA,
22                       a/k/a Pedro Juan Figueroa Quinones Jr.,

23   did knowingly possess a false identification document, namely a false birth certificate in the

24   name of Pedro Juan Figueroa Quinones, Jr., with the intent that such document be used to

25   defraud the United States, by using the false birth certificate to obtain a United States passport, in

26   ///

27   ///

28   ///

     INFORMATION

1   violation of Title 18, United States Code, Section 1028(a)(4), a Class A misdemeanor.

2

3   DATED: _June 20, 2007_

                                        SCOTT N. SCHOOLS
                                        United States Attorney

4

5

6                                       W. DOUGLAS SPRAGUE
                                        Chief Oakland Division

7

8   (Approved as to form:                        )
                        H.H. (SHASHI) KEWALRAMANI
9                       Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION