

**U.S. Department of Justice**

United States Attorney
Northern District of California

Ronald V. Dellums Federal Building  (510) 637-3680

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*　　　　　*FAX (510) 637-3724*


June 21, 2007

**VIA E-FILING**
The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

　　　Re:　<u>United States v. Ruben Zabaleta</u>, CR07-00394 WDB

Dear Magistrate Judge Brazil:

　　The United States Attorney's office hereby requests that a date for arraignment on information regarding this matter be set before your Honor on the Criminal Calendar at 10:00 a.m. on Monday, July 9, 2007.

　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　ADAM C. LOWRY
　　　　　　　　　　　　　　　　　Law Clerk