SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUBEN ZABALETA, ) <br>    a/k/a Pedro Juan Figueroa Quinones, Jr. ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 07-00394 WDB <br><br><br> NOTICE OF DISMISSAL |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information without prejudice.

     On June 21, 2007, the United States filed an Information charging the defendant with violating 18 U.S.C. § 1028(a)(4) (Class A Misdemeanor), Possession Of False Identification With Intent To Defraud United States. On September 20, 2007, the Grand Jury returned an Indictment charging defendant with 18 U.S.C. § 1542, False Statement in Application For Passport, CR 07-00601 SBA. In light of this more recent Indictment, the United States

/ / /

NOTICE OF DISMISSAL
CR 07-00394 WDB

1  Attorney's office has decided not to pursue the charges set forth in the Information at this time.

2

3

4  DATED: October 2, 2007

5                                          Respectfully submitted,

6                                          SCOTT N. SCHOOLS
                                           United States Attorney
7

8
                                                   /s/
9                                          H. H. (SHASHI) KEWALRAMANI
                                           Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 07-00394 WDB                            2