1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA, 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724
      E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR 07-00394 WDB
                                       )
14         Plaintiff,                  )
                                       )
15     v.                              )   [PROPOSED] ORDER GRANTING
                                       )   NOTICE OF DISMISSAL
16 RUBEN ZABALETA,                     )
      a/k/a Pedro Juan Figueroa Quinones, Jr. )
17                                     )
           Defendant.                  )
18 _____)

19     Upon application of the United States, and good cause having been shown therefor,

20     **IT IS HEREBY ORDERED** that the above-captioned Information is **DISMISSED**

21 without prejudice.

22 DATED:

23                                         _____
                                           WAYNE D. BRAZIL
24                                         United States Magistrate Judge

25

26

27

28
   NOTICE OF DISMISSAL
   CR 07-00394 WDB