SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724
E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

FILED
OCT 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN ZABALETA,<br>  a/k/a Pedro Juan Figueroa Quinones, Jr.<br><br>    Defendant. | No. CR 07-00394 WDB<br><br>[PROPOSED] ORDER GRANTING NOTICE OF DISMISSAL |

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Information is **DISMISSED** without prejudice.

DATED: 10-10-07

WAYNE D. BRAZIL
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 07-00394 WDB