1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, CA, 94612
7     Telephone: (510) 637-3717
      Facsimile: (510) 637-3724
8     E-mail: Shashi.Kewalramani@usdoj.gov

   Attorneys for Plaintiff

**FILED**
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN ZABALETA,<br>  a/k/a Pedro Juan Figueroa Quinones, Jr.<br><br>    Defendant. | No. CR 07-00394 WDB<br><br>[~~PROPOSED~~] ORDER GRANTING<br>~~NOTICE OF~~ DISMISSAL |

Upon application of the United States, ~~and good cause having been shown therefor,~~

**IT IS HEREBY ORDERED** that the above-captioned Information is **DISMISSED** without prejudice.

DATED: 10-12-07

_____
WAYNE D. BRAZIL
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 07-00394 WDB